DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 317P14 | State v. Rodney Nigee Pledger Taylor | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-21) | 1. Allowed |
| | | 2. *State's Conditional PDR Under N.C.G.S. § 7A-31* | 2. Allowed |
| 323A92-9 | Charles Alonzo Tunstall v. Lumberton Correctional Health Care Provider(s) | 1. Plt's *Pro Se* Motion for NOA (COAP15-156) | 1. Dismissed *ex mero motu* |
| | | 2. Plt's *Pro Se* PWC to Review Order of the COA | 2. Denied |
| 330P14 | Keen Lassiter, as Guardian Ad Litem for Jakari Baize, a minor v. The North Carolina Baptist Hospitals, Incorporated, et al. | Defs' PDR Under N.C.G.S. § 7A-31 (COA14-165) | Allowed |
| 346P14 | State v. Russell Edward Murray | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1207) | Denied<br>**Ervin, J., recused** |
| 356P14 | In the Matter of K.R.M., K.A.L.M. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA14-248) | Denied<br>**Ervin, J., recused** |
| 358P14 | State v. Jerry D. Surratt II | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Petition to Appoint Counsel | 3. Dismissed as moot |
| 366P14 | State v. Jesse Curtis Sharpe, II | Def's *Pro Se* PWC to Review Order of Superior Court of Person County | Dismissed |
| 374P13-3 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion for Discretionary Review *Writ of Certiorari* Dated 7 March 2015 | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for *Writ of Certiorari*/Discretionary Review Dated 10 March 2015 | 2. Dismissed<br>**Ervin, J., recused** |